

# UNITED STATES OF AMERICA
U.S. Department of Justice
Northern District of Indiana
## CIVIL INVESTIGATIVE DEMAND
Documentary Material

To:   Prime Health Care Services, Inc.                CID No.:   **NDIN-018**

USAO No.   **2012V01037**

This Civil Investigative Demand is issued pursuant to the False Clams Act, 31 U.S.C. §§ 3729-3733, in the course of a False Claims Act investigation to determine whether there is or has been a violation of 31 U.S.C. § 3729. The False Claims Act investigation concerns allegations that have been made in violation of 42 U.S.C. § 1320 A-7B(B).  This is the original of the Demand; no copies have been served on other parties.

**YOU ARE COMMANDED** to produce the following documentary material:  **SEE ATTACHMENT.**

**Date of Production:**  March 1, 2013        **Place of Production:**  Office of the United States Attorney
9:30 a.m.                                            5400 Federal Plaza, Suite 1500
                                                     Hammond, Indiana 46320

**Special Instructions:**  The documentary material may be mailed to Assistant United States Attorney, Joseph S. Reid, United States Attorney's Office, 5400 Federal Plaza, Suite 1500, Hammond, Indiana 46320. If you have any questions, you may contact AUSA Reid or Investigator Paul A. Drapac at 219-937-5500.

---

IN TESTIMONY WHEREOF

The undersigned official of the U.S. DEPARTMENT OF JUSTICE, has hereunto set his hand.

_____
(SIGNATURE)
Issued under the authority of 31 U.S.C. § 3733

| | |
|---|---|
| Failure to comply with the requirements of this subpoena will render you liable to proceedings in U.S. district court to enforce the subpoena and to punish default or disobedience. | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br>**Joseph S. Reid**<br>**Assistant United States Attorney**<br>**5400 Federal Plaza, Suite 1500**<br>**Hammond, Indiana 46320**<br>**(219) 937-5500** |

Exhibit 1

## PROOF OF SERVICE

| CID NO. | USAO NO. |
|---|---|
| **NDIN-018** | **2012V01037** |

SERVED (DATE) *Jan 11, 2013*        PLACE OF SERVICE

SERVED ON (PRINT NAME): *Office person on premises*        MANNER OF SERVICE (PERSONAL DELIVERY OR CERTIFIED/REGISTERED MAIL): *personal*

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

SERVED BY (PRINT NAME): *Joseph S. Reid*        TITLE: *AUSA*

## DECLARATION OF SERVER

I, an employee of the United States working under the direction and supervision of the Assistant United States Attorney identified on the face of this document in connection with a False Claims Act investigation, certify that I served an executed copy of the civil investigative demand listed above. I declare under penalty of perjury under the laws of the United States of America that the forgoing information contained in this Proof of Service is true and correct.

Executed on *Jan 11, 2013*
DATE

SIGNATURE OF SERVER: *Jos. S. Reid, AUSA*

ADDRESS OF SERVER: *5400 Fed Plaza Ste 1500, Hammond, IN*

Exhibit 1

## CID No. NDIN-018
### Instructions

1. These requests apply to all documentary material in your possession, custody, or control regardless of their location and regardless of whether such documents are held by your attorneys, consultants, accountants, investigators, representatives or agents, or any other person acting on your behalf.

2. These requests are continuing in nature. If you become aware of or acquire possession, custody, or control of additional responsive documents, you shall promptly produce such additional documents for inspection and copying.

3. If any documents are withheld based upon a claim of privilege, work product doctrine, or any other protection from discovery:

   a. identify the document in writing;

   b. state the privilege(s), work product doctrine(s), or other protection(s) from discovery relied upon for withholding the document; and

   c. state all facts supporting the claim of privilege(s), work product doctrine(s), or other protection(s) from discovery.

4. Identify all responsive documents that have been lost, discarded, or destroyed. In so doing, state the type of document, its date, the approximate date it was lost, discarded, or destroyed, and the identity of each person having knowledge of the contents thereof.

5. Electronically Stored Information ("ESI") shall be dealt with in accordance with Attachment B.

Exhibit 1

## CID No. NDIN-018
## Definitions

1. Dr. Malik shall mean Dr. Arshad Malik and any person acting on his behalf, including but not limited to nurses, office managers, assistants, other employees, billers or agents.

2. "Documentary material," "document," or "documents" shall mean all writings, recordings, papers, tangible things, or electronically produced or stored matters of any kind whatsoever, including but not limited to all originals and non-identical copies or reproductions of all records, paper, communication, tabulation, chart, diaries, appointment books, calendars, schedules, journals, notes, memoranda, reports, minutes, notices, charts, graphs, tables, bulletins, financial statements, balance sheets, asset lists, ledgers, letters, correspondence of any kind, contracts, agreements, negotiable instruments, time records, bills, invoices, pay slips, notepads, notebooks, postcards, telegrams, facsimiles, telexes, films, microfilms, photographs, videotapes, slides, motion pictures, diagrams, models, drawings, recordings, tapes, transcriptions, books, publications, phone records, electronic mail, voice mail, computer files (or any other information or data compilations stored in or accessible through computer or other information retrieval systems, together with instructions and all other materials necessary to use or interpret such data compilations), and other things, whether prepared by handwriting, printing, typing, photostating, photographing, electronic recording, or any other means of recording, communication or representation, including letters, words, pictures, sounds or symbols, or combinations thereof.

3. "Relating to" or "relate" shall mean consisting of, referring to, reflecting, supporting, evidencing, prepared in connection with, used in preparation for, or being in any way legally, logically, or factually connected to the matter discussed.

4. "And," "or," and "and/or" shall be construed either disjunctively or conjunctively so as to bring within the scope of these document requests any information which might otherwise be construed as outside their scope.

5. The singular and plurals forms of any word shall be construed interchangeably so as to bring within the scope of these document requests any information which might otherwise be construed as outside their scope.

Exhibit 1

CID No. NDIN-018
Declaration of Compliance
(Documentary Material)

I have responsibility for producing the documentary material required by Civil Investigative Demand No. **NDIN-018**. I hereby certify that all the documentary material required by the Civil Investigative Demand and in the possession, custody, or control of the person to whom the Demand is directed has been produced and made available to the false claims law investigator or custodian identified in the Demand.

If any such material has not been produced because of a lawful objection, the objection to the document request and the reasons for the objection have been stated.

I declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the forgoing is true and correct.


Executed on _____        _____
                 Date                                                      Signature

                                                    _____
                                                    Title

Exhibit 1

You are to produce the following documents:

- For the period November 1, 2006 to present, all orders written for home health services and communicated to Prime Health Care Services, Inc. d/b/a Prime Care Home Health Services for patients of Arshad Malik insured by Medicare, Tricare and Indiana Medicaid.
- All corporate records and records showing stock or other ownership interest and transfer of such interests of Prime Health Care Services, Inc.
- All policies or procedures re home health referrals from Dr. Malik to Prime Care Home Health Services.

You are to answer the following interrogatory:

- State the relationship between:

    Dr. Arshad Malik and Afzal Malika

    Dr. Arshad Malik and Afzal Malik

    Dr. Arshad Malik and Rehana Malik(a)

    Afzal Malik(a) and Rehana Malik(a)

Exhibit 1