LAKE COUNTY RECORDER
MIKE BROWN

STATE OF INDIANA
LAKE COUNTY
FILED FOR RECORD

2013 004624

2013 JAN 16 PM 1:36

MAIL TAX BILLS TO:
Sarwat Yasmin Malik
2815 E. 101st Avenue
Crown Point, IN 46307

PARCEL NO: 45-16-02-200-009.000-042

## QUIT-CLAIM DEED

**THIS INDENTURE WITNESSETH**, that Afzal Javed Malik, of Lake County, Indiana ("Grantor"), **RELEASES AND QUIT CLAIMS** to Sarwat Yasmin Malik, of 2815 E. 101st Avenue, Crown Point, Indiana, for and in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt whereof is hereby acknowledged, the following Real Estate in Lake County in the State of Indiana:

The West 327.80 feet of the Northeast quarter of the Northeast quarter of Section 7, Township 34 North, Range 8 West of the Second Principal Meridian, in Lake County, Indiana.

Commonly known as 2815 E. 101st Avenue, Crown Point, Indiana 46307

Dated this 15th day of January, 2013.

_____
Afzal Javed Malik

State of Indiana    )
                    ) SS
County of Lake      )

Before the undersigned, a Notary Public in and for said County and State, this 15th day of January, 2013, personally appeared Afzal Javed Malik, and acknowledged the execution of the foregoing deed.

_____
Notary Public

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in the attached document, unless required by law.

JULY ENTERED FOR TAXATION SUBJECT TO
FINAL ACCEPTANCE FOR TRANSFER

This instrument prepared by: Patrick A. Schuster, Attorney at Law, 1201 N. Main St., Crown Point, IN 46307; I.D. No. 1651-45

JAN 16 2013

PEGGY HOLINGA KATONA
LAKE COUNTY AUDITOR

000357




Exhibit 2



Exhibit 2