LAKE COUNTY RECORDER
MIKE BROWN

LAKE COUNTY RECORDER
MIKE BROWN

2013 005536

STATE OF INDIANA
LAKE COUNTY
FILED FOR RECORD

2013 JAN 22 AM 9:11

MAIL TAX BILLS TO:
Ahmed Raad Malik
2636 W. 81st Avenue
Merrillville, IN 46410

PARCEL NO: 45-12-20-177-008.000-030

## QUIT-CLAIM DEED

**THIS INDENTURE WITNESSETH**, that Afzal Javed Malik, of Lake County, Indiana ("Grantor"), **RELEASES AND QUIT CLAIMS** to Ahmed Raad Malik, of Lake County, Indiana, for and in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt whereof is hereby acknowledged, the following Real Estate in Lake County in the State of Indiana:

> The Condominium Unit designated as Unit Number 2636 Marshall Square Professional Centre, a Horizontal Property Regime, as per Declaration recorded March 5, 1990 as Document No. 087422 in the Office of the Recorder of Lake County, Indiana, together with the undivided interest in the common areas and facilities appertaining thereto.

Commonly known as: 2636 W. 81st Avenue, Merrillville, Indiana 46410

Dated this 18th day of January, 2013.

_____
Afzal Javed Malik

State of Indiana     )
                     ) SS
County of Lake       )

Before the undersigned, a Notary Public in and for said County and State, this 18th day of January, 2013, personally appeared Afzal Javed Malik, and acknowledged the execution of the foregoing deed.

DEBRA M. CORNELISON
Notary Public, State of Indiana
County of Lake
My Commission Expires Jan. 5, 2014

_____
Notary Public

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in the attached document, unless required by law.

_____

This instrument prepared by: Patrick A. Schuster, Attorney at Law, 1201 N. Main St., Crown Point, IN 46307; I.D. No. 1651-45

AMOUNT $ 16 —
CASH _____ CHARGE _____
CHECK # 7470
OVERAGE _____
COPY _____
NON-COM _____
CLERK _____

DULY ENTERED FOR TAXATION SUBJECT
FINAL ACCEPTANCE FOR TRANSFER

JAN 22 2013

20435 PEGGY HOLINGA KATONA
LAKE COUNTY AUDITOR




Exhibit 3



Exhibit 3