LAKE COUNTY RECORDER
MIKE BROWN

2013 005538

STATE OF INDIANA
LAKE COUNTY
FILED FOR RECORD

2013 JAN 22 AM 9: 11

MAIL TAX BILLS TO:
Rehana Y. Malik
864 Kendall Court
Crown Point, IN 46307

PARCEL NO: 45-16-02-200-017.000-041

## QUIT-CLAIM DEED

**THIS INDENTURE WITNESSETH**, that Afzal J. Malik, of Lake County, Indiana ("Grantor"), **RELEASES AND QUIT CLAIMS** to Rehana Y. Malik, of 864 Kendall Court, Crown Point, Indiana, for and in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt whereof is hereby acknowledged, the following Real Estate in Lake County in the State of Indiana:

The Northeast ¼ of the Northeast ¼, excepting therefrom the West 327.8 feet thereof; also the North 10 acres of the Southeast ¼ of the Northeast ¼, all in Section 2, Township 34 North, Range 8 West of the 2nd Principal Meridian, in Lake County, Indiana.

Commonly known as 10100 Colorado, Crown Point, Indiana 46307

Dated this 18th day of January, 2013.

_____
Afzal J. Malik

State of Indiana )
              ) SS
County of Lake )

Before the undersigned, a Notary Public in and for said County and State, this 18th day of January, 2013, personally appeared Afzal J. Malik, and acknowledged the execution of the foregoing deed.

DEBRA M. CORNELISON
Notary Public, State of Indiana
County of Lake
My Commission Expires Jan. 5, 2014

_____
Notary Public

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in the attached document, unless required by law.

_____

This instrument prepared by: Patrick A. Schuster, Attorney at Law, 1201 N. Main St., Crown Point, IN 46307; I.D. No. 1651-45

AMOUNT $ 16.00
CASH _____ CHARGE _____
CHECK # 1470
OVERAGE _____
COPY _____
NON-COM _____
CLERK _____

DULY ENTERED FOR TAXATION SUBJECT
FINAL ACCEPTANCE FOR TRANSFER

20437  JAN 22 2013

PEGGY HOLINGA KATONA
LAKE COUNTY AUDITOR




Exhibit 5



Exhibit 5