# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| US, ex rel. Bradley A. Stephens <br><br> *Plaintiff(s)* <br> v. <br> Dr. Arshad Malik, Afzal Malik, and Prime Health Care Services, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 2:12CV306 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Prime Health Care Services, Inc.
2632 W. 81st Avenue
Merrillville, Indiana 46410


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: United States Attorney's Office
Joseph S. Reid
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-8-14

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:12CV306

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Prime Care Home Health Services
was received by me on *(date)* 4/9/14 .

☒ I personally served the summons on the individual at *(place)* Served on Cassandra Campbell-
Office Manager on *(date)* 4/9/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____
designated by law to accept service of process on behalf of *(name of organization)* _____ , who is
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/11/14

Charles Powell
*Server's signature*

Charles Powell, Special Agent - FBI
*Printed name and title*

1277 E. 85th, Merrillville, IN 46410
*Server's address*

Additional information regarding attempted service, etc: