# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| US, ex rel. Bradley A. Stephens <br><br> *Plaintiff(s)* <br> v. <br> Dr. Arshad Malik, Afzal Malik, and Prime Health Care Services, Inc. <br><br> *Defendant(s)* | Civil Action No. 2:12CV306 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Afzal Malik
864 Kendall Ct.
Merrillville, Indiana 46307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  United States Attorney's Office
Joseph S. Reid
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-8-14

*(signature)*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:12CV306

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Afzal Malik
was received by me on *(date)* 04/16/2014 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail/Return Receipt # 7011 2000 0001 3884 4384

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/25/2014

*Server's signature*

Amber Mills, Legal Assistant
*Printed name and title*

5400 Federal Plaza, Suite 1500
Hammond, IN 46320
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: PRIME HEALTHCARE SERV.
Street, Apt. No.; or PO Box No. Attn: AFZAL MALIK
City, State, ZIP+4: 2632 W. 81ST AV. MERR-IN

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PRIME HEALTH CARE SERVICES, INC
ATTN: AFZAL MALIK
2632 W. 81ST AVE
MERRILLVILLE, IN 46410

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Chendra Campbell_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): CHANDRA CAMPBELL
C. Date of Delivery: 4-15-14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7011 2000 0001 3884 4384

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

_Amber Mills_
**United States Attorney's Office**
5400 Federal Plaza
Suite 1500
Hammond, IN 46320

6320184375