UNITED STATES OF AMERICA
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, )<br>BRADLEY A. STEPHENS, )<br> )<br>Plaintiffs, )<br> v. )<br> )<br> )<br>DR. ARSHAD MALIK, AFZAL MALIK, )<br>PRIME HEALTH CARE SERVICES, INC.,)<br> )<br>Defendants. ) | CASE NO. 2:12CV306 |

DECLARATION IN PROOF OF SERVICE

Charles Pawelko, under the penalty for perjury, states:

1. I am employed as Special Agent for the Federal Bureau of Investigation, Merrilliville Resident Agency.

2. On April 9, 2014, at the request of the United States Attorney's Office, I personally served a copy of the Summons and Complaint in this action on the corporate office of Prime Health Care Services, Inc. at 2632 West Lincoln Highway, Merrillville, Indiana 46410 and left these documents with the person in charge of the office.

3. On April 9, 2014, I attempted to serve a copy of the Summons and Complaint personally on Afzal Malik at 864 Kendall Court, in the White Hawk Subdivision, in Crown Point, Indiana 46307. Although there were one or more automobiles on the premises, no one answered the door.

4. I attempted personal service again on April 10 at approximately 8 o'clock am and 2:45 pm. There were automobiles on the premises but no one answered the door or responded to my attempts to contact occupants of the residence.

5. On April 11, 2014 at approximately 9:30 am I returned to the premises. I affixed a copy of the summons to the front door of the house.

Dated: __4/11/2014__, 2014.

_Charles Pawelko_ (signature)
Special Agent Charles Pawelko