# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.*, ) <br> BRADLEY A. STEPHENS, *Relator*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> DR. ARSHAD MALIK, *et al.*, ) <br> ) <br> **Defendants.** ) <br> _____) | Case No. 2:12CV306 |

**NOTICE OF SETTLEMENT; STIPULATION OF ALL PARTIES TO DISMISS THIS CASE WITHOUT PREJUDICE; AND JOINT MOTION OF ALL PARTIES THAT THE COURT RETAIN JURISDICTION UNTIL ALL DEFENDANTS SATISFY ALL PAYMENT TERMS OF THEIR RESPECTIVE SETTLEMENT AGREEMENTS WITH THE UNITED STATES OF AMERICA**

All parties jointly inform the Court of settlements resolving all claims against defendants in the Amended Complaint of the United States of America.  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties stipulate to the dismissal of the Amended Complaint of the United States of America without prejudice.  Additionally, all parties jointly move that the Court

retain jurisdiction over this case until all defendants satisfy all payment terms of their respective settlement agreements with the United States of America.

DAVID CAPP
UNITED STATES ATTORNEY

/s/ Wayne T. Ault
WAYNE T. AULT
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Telephone: 219-937-5500
Telecopy: 219-852-2770
E-Mail: wayne.ault@usdoj.gov

Counsel for Plaintiff United States of America

GUY S. DIMARTINO
Pejic & DiMartino PC
1000 Washington Street
Michigan City, Indiana 46360
Telephone: 219-874-4878
Telecopy: 888-874-2824
E-Mail: guy@dpjustice.com

Counsel for Defendant Dr. Arshad Malik

DANIEL ZAMUDIO
Zamudio Law Professionals
233 South Colfax
Griffith, Indiana 46319
Telephone: 219-924-2300
Telecopy: 219-924-2401
E-Mail: dan@zlawpro.com

Counsel for Defendants Afzal J. Malik and Prime Health Care Services, Inc.

TRAVIS W. COHRON
Campbell Kyle Proffitt
11595 North Meridian Street, Suite 701
Carmel, Indiana 46410
Telephone: 317-846-6514
Telecopy: 317-843-8097
E-Mail: tcohron@ckplaw.com

Counsel for Relator Bradley A. Stephens

retain jurisdiction over this case until all defendants satisfy all payment terms of their respective settlement agreements with the United States of America.

DAVID CAPP
UNITED STATES ATTORNEY

/s/ Wayne T. Ault
WAYNE T. AULT
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Telephone: 219-937-5500
Telecopy: 219-852-2770
E-Mail: wayne.ault@usdoj.gov

Counsel for Plaintiff United States of America

DANIEL ZAMUDIO
Zamudio Law Professionals
233 South Colfax
Griffith, Indiana 46319
Telephone: 219-924-2300
Telecopy: 219-924-2401
E-Mail: dan@zlawpro.com

Counsel for Defendants Afzal J. Malik
and Prime Health Care Services, Inc.

GUY S. DIMARTINO
Pejic & DiMartino PC
1000 Washington Street
Michigan City, Indiana 46360
Telephone: 219-874-4878
Telecopy: 888-874-2824
E-Mail: guy@dpjustice.com

Counsel for Defendant Dr. Arshad Malik

TRAVIS W. COHRON
Campbell Kyle Proffitt
11595 North Meridian Street, Suite 701
Carmel, Indiana 46410
Telephone: 317-846-6514
Telecopy: 317-843-8097
E-Mail: tcohron@ckplaw.com

Counsel for Relator Bradley A. Stephens

2

## **CERTIFICATE OF SERVICE**

I certify that on this 20th day of April, 2016, I electronically filed the foregoing Notice of Settlement; Stipulation of All Parties to Dismiss this Case Without Prejudice; and Joint Motion of All Parties That the Court Retain Jurisdiction Until All Defendants Satisfy All Payment Terms of Their Respective Settlement Agreements With the United States of America using the CM/ECF system which sent notification of such filing to Guy S. DiMartino and Robert N. Nicholson, counsel for defendant Dr. Arshad Malik, Daniel Zamudio and Mark E. Fisher, counsel for defendant Afzal J. Malik and Prime Health Care Services, Inc., and Travis W. Cohron, counsel for Relator Bradley A. Stephens.

/s/ Wayne T. Ault
Wayne T. Ault
Assistant United States Attorney