## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ex. rel., | ) |
| BRADLEY A. STEPHENS, Relator, | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 2:12-CV-306 |
| | ) |
| DR. ARSHAD MALIK, et al., | ) |
|     Defendants. | ) |

## MOTION TO STRIKE

COME NOW Defendants Afzal Malik and Prime Health Care Services, Inc., by counsel, and move the court to strike the Relator's Motion For Attorney Fees (DE 107, 108), and state the following:

1.    A claim for attorney fees must be filed no later than fourteen (14) days after a final judgment or decree of the court, specifically "no later than 14 days after the entry of judgment". Fed. R. Civ. P. 54(d)(2).

2.    By local rule, a claimant <u>must</u> motion and file a form for fees within 14 days or ask for an extension of time to do so. N.D. Ind. L.R. 54-1.

3.    The court decreed that this case was dismissed on April 29, 2016.

4.    Relator filed a Petition For Fees on May 19, 2016.

5.    Relator failed to file form AO 322.

6.    Relator failed to request an extension of time to file.

7.    For the foregoing reason, the Plaintiff's exhibits and any reference to those exhibits should be rejected and stricken from the record.

8.    By the Relator's own admissions he was attempting to obtain fees informally, Relator has no good cause for being granted an extension of time to petition for fees and has waived any right for doing so.

WHEREFORE, these Defendants ask that the court 1) strike Relator's Petition For Fees and

expenses as being untimely, 2) should the court deny this Motion To Strike then grant an extension of time to respond to the Realtor's Petition, and 3) grant all other relief that is just and proper in the premises.

Respectfully submitted,

s/ Daniel Zamudio
Daniel Zamudio
Zamudio Law Professionals, PC
233 South Colfax
Griffith, Indiana 46319
Phone (219) 924-2300
Fax (219) 924-2401

Certificate of Service

I certify that on **June 1, 2016**, service was made of a copy of the foregoing document either electronically as allowed by this tribunal to attorneys of record or by US First Class Mail on those persons listed below**:**

Wayne T. Ault, AUSA**,** US Attorney's Office**,** 5400 Federal Plaza, Ste. 1500**,** Hammond, IN 46320 wayne.ault@usdoj.gov

Travis W. Cohron**,** Barker Hancock Cohron, LLC**,** 198 South 9th Street, Noblesville, IN 46060 trcohron@bhclegal.com

Guy S. DiMartino**,** 1000 Washington Street**,** Michigan City, MI 46360**,** guy@dpjustice.com

Robert Nicholson, 707 N.E. 3rd Avenue, Suite 301, Fort Lauderdale, FL 33304 Robert@NicholsonEastin.com

Gerald Herrmann**,** 707 N.E. 3rd Avenue, Suite 301, Fort Lauderdale , FL 33304**,** Gerald@NicholsonEastin.com

s/ Daniel Zamudio