IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. ) | |
| BRADLEY STEPHENS, ) | |
|     *Plaintiffs*, ) | |
| ) | |
|     v. ) | Cause No. 2:12cv306 |
| ) | |
| DR. ARSHAD MALIK, *et al*. ) | |
|     *Defendants*. ) | |

**SUPPLEMENTAL PETITION FOR AN AWARD OF
ATTORNEY'S FEES AND COSTS PURSUANT TO 31 U.S.C. §§ 3730 (D)**

Relator Bradley Stephens, by and through undersigned counsel, hereby submits this Supplemental Petition for an Award of Attorney's Fees and Costs. In support thereof, the Relator states the following:

1. On or about April 6, 2016, the parties reached a global settlement resolving all False Claims Act Claims between the Relator, the United States, and the Defendants in this matter. Relator is therefore now the prevailing party, and, as such, is entitled to recover all reasonably incurred attorney's fees, costs, and expenses, pursuant to the False Claims Act, 31 U.S.C. § 3730(d)(2).

2. On May 19, 2016, the Relator submitted his *Petition For An Award of Attorney's Fees and Costs Pursuant to 31 U.S.C. § 3730(d)(2)*.

3. On June 1, 2016, Defendants Afzal J. Malik and Prime Health Care Services, Inc. filed a *Motion to Strike* [DE 109] said petition. On June 16, 2016, Relator Bradley Stephens filed a response to that *Motion to Strike*.

4. On July 5, 2016, the Court denied the Defendants' Motion to Strike [DE 112].

5. On July 18, 2016, the Defendants filed a *Response In Opposition to the Relator's Petition* [DE 113]. On July 26, 2016, the Relator filed a *Reply to the Defendants' Response In Opposition*.

6. Relator now files this *Supplemental Petition For An Award of Attorney's Fees and Costs*, to

1

cover time and expenses reasonably incurred in preparing the foregoing submissions and litigating this matter since May 13, 2016.

7. In summary, undersigned counsel has expended an additional 22.60 hours on these tasks. This time is detailed in the attached statements provided and attested to by undersigned counsel. *See* Exhibits "1" and "2" to the Relator's *Memorandum In Support Of Supplemental Petition For Attorney's Fees and Costs*. Thus, the additional attorney fees requested fee for this work totals Six Thousand Two Hundred Fifteen Dollars ($6,215.00).

Wherefore, Relator Bradley Stephens, by and through undersigned counsel, hereby requests his counsel be paid total attorney fees of Seventy-Nine Thousand Two Hundred Ninety-Three and 50/100 Dollars ($79,293.50)($99,293.50 minus the $20,000.00 paid by Defendant Dr. Arshad Malik) and expenses of $2,497.00, for a grand total of Eighty-One Thousand Seven Hundred Ninety and 50/100 Dollars ($81,790.50) plus interest from the April 6, 2016 settlement and dismissal of the *qui tam* allegations in this case.

    Respectfully submitted,

/s/ *Travis W. Cohron*
Travis W. Cohron
Barker Hancock Cohron, LLP
198 South 9th Street
Noblesville, IN 46060
telephone: (317) 203-3000
tcohron@bhclegal.com
*Counsel for the Relator*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of this Court's electronic filing system.  Parties may access this filing through the Court's system.

    Daniel Zamudio
    dan@zlawpro.com

    Wayne Ault
    Wayne.Ault@usdoj.gov

    /s/ *Travis W. Cohron*
    Travis W. Cohron